IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BLAINE MAYFIELD,

    Petitioner,                    No. CIV S-04-1182 JAM DAD P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.          ORDER

/

        Petitioner is a state prisoner proceeding with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on August 25, 2008. On September 16, 2008, petitioner filed a timely notice of appeal and a request to proceed in forma pauperis on appeal. The court file reflects that petitioner paid the filing fee for this action.[1]

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

---

[1] Petitioner is not required to obtain a certificate of appealability in order to prosecute this appeal. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

1

    (B) claims an entitlement to redress; and

    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(2). Petitioner has attached the appropriate affidavit which demonstrates his inability to pay or to give security for fees and costs. In his notice of appeal, petitioner claims entitlement to redress and describes the issues he intends to present on appeal. Petitioner has complied with the requirements of Fed. R. App. P. 24(a). Accordingly, his request to proceed in forma pauperis on appeal will be granted.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's September 16, 2008 request to proceed in forma pauperis on appeal is granted.

DATED: 10/22/2008

             /s/ John A. Mendez
             UNITED STATES DISTRICT JUDGE

/mayfield1182.ifp